58 A.3d 1175

IMO ADVISORY LETTER NO. 7–11 OF THE SUPREME
COURT ADVISORY COMMITTEE ON
EXTRAJUDICIAL ACTIVITIES.

MUNICIPAL COURT JUDGE GEORGE M. BOYD, PETITIONER.

September 30, 2011.

This matter having been duly presented to the Court, it is
ORDERED that the petition for review is granted.